IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:11cr24-RH/CAS

CORNELIUS THOMPSON,

    Defendant.

_____/

## ORDER TERMINATING SUPERVISED RELEASE

The defendant Cornelius Thompson has moved for early termination of supervised release. The government does not oppose the motion. I have considered the factors in 18 U.S.C. § 3553(a) and the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice.  *See* 18 U.S.C. § 3583(e)(1). Accordingly,

    IT IS ORDERED:

    Mr. Thompson's term of supervised release is terminated as of February 9, 2017, at 12:35 p.m.

    SO ORDERED on February 9, 2017.

                                     s/Robert L. Hinkle
                                     United States District Judge